IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE D. HARRIS                                                                                    PLAINTIFF

      v.                    Civil No. 6:10-cv-06091

SHERIFF LARRY SANDERS, Garland
County, Arkansas; MIKE McCORMICK,
Interim Police of Chief, Hot Springs Police
Department; PATROL OFFICER J.
WILLIAMS, Hot Springs Police Department;
NURSE M. REEVES, Garland County
Detention Center                                                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    Tyrone D. Harris filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on December 8, 2010. His complaint was filed *in forma pauperis*.

    On June 29, 2011, Defendants filed a motion for summary judgment (Docs. 10, 11 & 12). On September 13, 2011, an order was entered (Doc. 17) directing Plaintiff to complete an attached notice regarding the summary judgment motion. The notice required Plaintiff to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

    Plaintiff was directed to return the attached notice by October 3, 2011. Plaintiff was advised (Doc. 17) that if he failed to return the attached notice by October 3, 2011, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

    To date, Plaintiff has not returned the notice. He has not requested an extension of time to file the notice. The order and attached notice have not been returned as undeliverable.

    On September 14, 2011, an order was entered granting Defendants' motion to compel (Doc. 18). Plaintiff was directed to provide the discovery responses by September 30, 2011. Plaintiff was

advised that failure to obey the Court order might result in the dismissal of this case.

On November 19, 2011, Defendants filed a motion to dismiss (Doc. 19). In the motion, Defendants state they have not received the discovery responses or any communication from the Plaintiff regarding the responses. Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the motion to dismiss (Doc. 19) be granted and the case be dismissed with prejudice. Plaintiff has failed to prosecute this action and has failed to comply with the orders of the Court. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of November 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE