```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

TYRONE D. HARRIS                                      PLAINTIFF

    V.                     Civil No. 10-6091

SHERIFF LARRY SANDERS, Garland
County, Arkansas; MIKE MCCORMICK,
Interim Chief of Police, Hot Springs
Police Department; PATROL OFFICER J.
WILLIAMS, Hot Springs Police Department;
NURSE M. REEVES, Garland County Detention Center    DEFENDANTS

O R D E R

On this 28th day of November 2011, there comes on for consideration the report and recommendation filed in this case on November 8, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 20). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge